## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN MARTIN MITCHELL,                                             PLAINTIFF
ADC #500399

v.                              No. 3:13CV00031-JLH-JTK

LARRY MILLS, et al.                                              DEFENDANTS

### ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a *de novo* review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's complaint against defendants is DISMISSED with prejudice for failure to state a claim.

2.      Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3.      The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE