# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN MARTIN MITCHELL,                                                             PLAINTIFF
ADC #500399

v.                       No. 3:13CV00031-JLH-JTK

LARRY MILLS, et al.                                                           DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE